IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED LEE BRYANT, AIS #00226616, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CIV. ACT. NO. 1:18-cv-0363-TFM-N ) |
| DEBORAH TONEY, *Warden, Limestone Correctional Facility, et al.*, | ) ) ) |
| Respondents. | ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondents and against Petitioner. Further, the Court determines that Bryant is not entitled to either a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 29th day of September, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE