# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRED LEE BRYANT,** <br> **AIS#00226616** | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| vs. | )    CIV. ACT. NO. 1:18-cv-363-TFM-N <br> ) |
| **JOSEPH HEADLEY, Warden III,** <br> **Staton Correctional Facility,** | ) <br> ) <br> ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED** and **DECREED** that the habeas petition brought under 28 U.S.C. § 2254 with the single issue remaining on remand is **DISMISSED with prejudice**. The Court finds Bryant is not entitled to a Certificate of Appealability or to proceed *in forma pauperis* on appeal.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 24th day of April, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE